UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jason LeMaster,

    **Plaintiff,**

v.

    Case No. 2:10–cv–252

Ross County, Ohio, *et al.*,

    Judge Michael H. Watson
    Magistrate Judge E.A. Preston Deavers

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the August 8, 2011 Report and Recommendation of the United States Magistrate Judge. ECF No. 29. The Magistrate Judge recommended that the Court dismiss this action pursuant to Federal Rule of Civil Procedure 25(a)(1).

The Report and Recommendation specifically advised the parties of their right to file objections to the Report and Recommendation, and that their failure to do so within fourteen days would result in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." Report and Recommendation 1–2, ECF No. 29. The time period for filing objections to the Report and Recommendation has now expired, and no objections have been filed.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. This action is hereby **DISMISSED** pursuant to Rule 25(a)(1).

IT IS SO ORDERED.

                                                              /s/ Michael H. Watson
                                                              MICHAEL H. WATSON, JUDGE
                                                              UNITED STATES DISTRICT COURT